# CASE ANNOUNCEMENTS

## *January 31, 2011*

[Cite as *01/31/2011 Case Announcements*, 2011-Ohio-383.]

# MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0125.   State ex rel. Labor Works of Dayton, L.L.C. v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 10AP-22, 2010-Ohio-6299.

**2011–0127.   State ex rel. Brown v. Hoover Universal, Inc.**
Franklin App. No. 10AP-21, 2010-Ohio-6174.

**2011–0145.   State ex rel. Dawson v. Bloom–Carroll Local School Dist.**
In Mandamus.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–2002.   State ex rel. Corman v. Allied Holdings, Inc.**
Franklin App. No. 10AP-38.

# CASE ANNOUNCEMENTS

## *February 1, 2011*

[Cite as *02/01/2011 Case Announcements*, 2011-Ohio-427.]

# MOTION AND PROCEDURAL RULINGS

**2010–0731.   In re C.P.**
Athens App. No. 09CA41, 2010-Ohio-1484. This cause is pending before the court as an appeal from the Court of Appeals for Athens County.
Upon review of appellee's merit brief, it is ordered by the court, sua sponte, that the appendix to appellee's merit brief be placed under seal.

**2011–0144.   In re of Adoption of C.M.**
Licking App. No. 2010 CA 00084, 2010-Ohio-6416. This cause is pending before the court as a discretionary appeal. Upon review of the appeal, it appears that the case involves the termination of parental rights/adoption.

Accordingly, it is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Appellees' memorandum in response shall be filed no later than 20 days from the date of this entry.

# CASE ANNOUNCEMENTS

## *February 2, 2011*

[Cite as *02/02/2011 Case Announcements*, 2011-Ohio-376.]